# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LOUISIANA WORKERS'
COMPENSATION CORPORATION

NO.   2023 CW 1057

VERSUS

SIBLEY CONSTRUCTION
SERVICES, INC. AND KYLE
SIBLEY

**DECEMBER 4, 2023**

---

In Re:   Sibley Construction Services, Inc. and Kyle Sibley,
applying for supervisory writs, 19th Judicial District
Court, Parish of East Baton Rouge, No. 664134.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT GRANTED.** The trial court's September 26, 2023 order, which granted the Second Exception of Vagueness filed by defendant-in-reconvention, Louisiana Workers' Compensation Corporation ("LWCC"), cast defendants-in-reconvention, Sibley-Construction Services, Inc. and Kyle Sibley ("Sibley"), with costs of this proceeding, and further ordered Sibley to pay reasonable attorney's fees to LWCC in the amount of five hundred ($500) dollars, is reversed. We find the allegations in the Amended Reconventional Demand, asserting Sibley's claim for attorney's fees, fairly inform LWCC of the nature of the cause of action and include sufficient substantial particulars to enable LWCC to prepare its defense. See La. Code Civ. P. arts. 854, 861, and 891(A); see also **Thomas v. Sonic**, 2006-0014 (La. App. 1st Cir. 11/3/06), 950 So.2d 822, 824. Accordingly, the Second Exception of Vagueness is denied.

**PMc**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT



DEPUTY CLERK OF COURT
FOR THE COURT